Decided September 20, 2005

PAULA J. FISH *v.* ANDREW J. FISH, JR.

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 744 (AC 24542), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court was not required to apply a heightened jurisdictional pleading requirement and burden of persuasion as required under *Roth* v. *Weston,* 259 Conn. 202, 234–35, 789 A.2d 431 (2002)?"

The Supreme Court docket number is SC 17500.

*Louis Kiefer*, in support of the petition.

*Emily J. Moskowitz*, in opposition.